FBI TFO Wade

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

United States of America
v.

GARRY LEBRON HAYES

_____
*Defendant*

)
)
)
)
)
)
)

Case No. 1:24-CR-123

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Garry Lebron Hayes                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B)  Threatening to murder a United States official
18 U.S.C. § 875(c)        Transmission of Threats via Interstate Commerce

Date: 12/10/24

City and state: Chattanooga, TN

_____
*Issuing officer's signature*

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01 15 25 , and the person was arrested on *(date)* 01 15 25 at *(city and state)* CHATTANOOGA . |

Date: 01 15 25

_____
*Arresting officer's signature*

Ruck Barrett  DUSM
*Printed name and title*

FID: 11746108

2574-1211-0237-5