AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **TENNESSEE**

USA

V.

Garry Lebron Hayes

## EXHIBIT AND WITNESS LIST

Case Number: 1:24-cr-123

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mike Dumitru | Joe DeGaetano | Everett Hoagland |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | DCR 4 | Ashley Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witness TFO Robert Wade |
| 1 |  | 2/10/2025 |  |  | 7/1/2024-Voicemail-Gary Hayes |
| 2 |  | 2/10/2025 |  |  | 12/6/2024-Email at 7:43 am |
| 3 |  | 2/10/2025 |  |  | 12/6/2024-Email at 12:05 pm |
| 4 |  | 2/10/2025 |  |  | 12/6/2024-Email at 12:14 pm |
|  |  |  |  |  | Witness USPO Dustin Lett |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Case 1:24-cr-00123-CLC-MJD    Document 20    Filed 02/10/25    Page 1 of 1    PageID #: 47