**JUDGMENT:** Case No. 1:24-cr-00123-CLC-MJD-1   USA v. Garry Lebron Hayes

**PRESENT:** Honorable Curtis L. Collier   ☑ U.S. District Judge  **OR**  ☐ U.S. Magistrate Judge

David P. Lewen, Jay Woods   |   James Everett Hoagland   |   _____
Assistant U.S. Attorney   |   Attorney for Defendant   |   Probation Officer

Barbara Lewis   |   Elizabeth Coffey   |   _____
Courtroom Deputy   |   Court Reporter   |   Interpreter   ☐ SWORN

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☐ granted ☑ denied
   upward departure: ☐ granted ☐ denied
   non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☐ Deft speaks **OR** ☑ Deft declines to speak

Document(s) all except PSR   ☑ unsealed  ☐ remain sealed

**TESTIMONY BY:** Attorney Everett Hoagland read a letter on written by the defendant

☐ Exhibits attached to minutes   ☐ Exhibits in vault

**IMPRISONMENT:** 24 MONTHS on COUNT(s) Two
The Court recommends that the BOP places defendant at FMC Lexington

**SUPERVISED RELEASE/PROBATION:** 1 YEARS on COUNT(s) Two

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

- ☑ report to Probation Officer w/in 72 hrs of release
- ☑ not commit another federal, state or local crime
- ☑ abide by standard conditions on Local Rule 83.10
- ☑ not possess a firearm or other destructive device
- ☑ not illegally possess or use a controlled substance
- ☑ participate in collection of DNA
- ☑ submit to search
- ☐ perform ____ hours of community service
- ☐ comply with any BICE deportation orders
- ☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
- ☐ comply with Local Rule 83.10 - Sex Offender Treatment
- ☐ pay any financial penalty due
- ☐ provide Probation Office w/access to any required financial info
- ☐ not incur new credit charges or open additional lines of credit
- ☐ no contractual agreements which obligate funds
- ☐ not be employed in position of trust
- ☑ participate in program of testing/treatment for drug/alcohol abuse
- ☐ wear electronic device and pay for service at prevailing rate
- ☐ maintain telephone w/out any special services or devices
- ☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** the defendant must not have any contact with the victim(s) or any member of Congress

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** participate in mental health counseling while incarcerated

**RESTITUTION:**

will self report to BOP on Monday, December 8, 2025 before 2:00 pm

☐ Interest Waived   ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived   **SPECIAL ASSESSMENT:** $100.00   ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☑ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal   ☐ remained in custody   ☑ remained on bond

Deft to self-report on or before _____ at _____

Time: 3:20 to 5:30   Date: 9/10/2025